UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Court File No. 01-1773 PAM/JGL

Corey Douglas Harlson,

Plaintiff,

vs.

**STIPULATION OF DISMISSAL WITH PREJUDICE**
AND ORDER

The City of St. Francis; St. Francis Police Chief Byron Froh; St. Francis Reserve known as "J. Hall"; John Does One-Five; and others known and unknown,

Defendants.

---

The undersigned attorneys hereby advise the Court that plaintiff hereby dismisses all claims against Byron Froh, in both his individual and official capacities as the Chief of Police of the City of St. Francis, and all claims against the City of St. Francis or any employee for the City of St. Francis, excluding St. Francis Reserve "J. Hall," as a result of the incident and allegations and damages alleged in Plaintiff's Complaint. The consideration for this dismissal is zero dollars, with the agreement by Byron Froh and the City of St. Francis not to tax costs against plaintiff, or otherwise seek recovery for any attorney's fees, or expenses incurred in connection with this matter.

Plaintiff, Corey Douglas Harlson, affirmatively consents to this dismissal on the terms set forth above. Plaintiff acknowledges he has been fully advised of the merits of this matter by his attorneys and requests the Court to sign the attached Order. Therefore,

IT IS HEREBY STIPULATED BY AND BETWEEN all the parties hereto, through their respective undersigned attorneys, that the claims against Bryon Froh in his individual capacity and official capacity, and any potential claim against the City of St. Francis or any of its employees (in

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

individual or official capacities), excluding Reserve Officer "J. Hall," may be, and hereby are, dismissed on their merits and with prejudice, but without costs, disbursements or attorney's fees to any of the parties.

IT IS FURTHER STIPULATED, that without further notice, a Judgment of Dismissal with Prejudice and upon the merits of plaintiff's claims, without costs, attorneys fees, or disbursements to any of the parties, may be entered herein.

Dated: 9-18-02.

APPLEBAUM LAW FIRM

By: ______________________
Paul Applebaum, I.D. #223098
Attorneys for Plaintiff
46 East Fourth Street
St. Paul, MN 55101
(651) 222-2999

Dated: 10-6-02.

IVERSON REUVERS, LLC

By: ______________________
Jon K. Iverson, I.D. #146389
Jason J. Kuboushek, I.D. #304037
Attorneys for City of St. Francis Defendants
230 Townline Plaza
8585 West 78th Street
Bloomington, MN 55438
(952) 548-7200

Dated: 9-26-02.

JARDINE, LOGAN & O'BRIEN

By: ______________________
Joseph E. Flynn, I.D. #165712
Pierre N. Regnier, I.D. #90232
Attorneys for Defendant Hall
8519 Eagle Point Blvd., Suite 100
Lake Elmo, MN 55042
651-290-6500

**ORDER FOR JUDGMENT**

The foregoing Stipulation, having been presented to the Court on behalf of the above parties,

IT IS HEREBY ORDERED That the above-entitled action against Byron Froh, in both his individual and official capacities as the Chief of Police of the City of St. Francis, and all claims against the City of St. Francis or any employee for the City of St. Francis, excluding St. Francis Reserve "J. Hall," be, and the same hereby are, dismissed with prejudice and on the merits and without costs, attorneys fees, or disbursements to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated this 8th day of October, 2002.

BY THE COURT:

[signature]

United States District Court Judge
Paul A. Magnuson

**JUDGMENT**

Pursuant to the foregoing Stipulation and Order,

IT IS HEREBY ORDERED AND ADJUDGED That the above-entitled action against Byron Froh, in both his individual and official capacities as the Chief of Police of the City of St. Francis, and all claims against the City of St. Francis or any employee for the City of St. Francis, excluding St. Francis Reserve "J. Hall," be, and the same hereby are, dismissed with prejudice and on the merits, but without costs or disbursements to any party.

WITNESS THE HONORABLE ____________________, one of the Judges of this Court, this ___ day of ______________, 2002.

BY THE COURT:

______________________
Clerk of District Court