UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Corey Douglas Harlson,

Plaintiff,

vs.

The City of St. Francis; St. Francis Police Chief Byron Froh; St. Francis Reserve known as "J. Hall"; John Does One-Five; and all others known and unknown,

Defendants.

Court File No: 01-1773 PAM/RLE

**STIPULATION AND PLAINTIFF'S REQUESTS REGARDING EXTENSION OF EXPERT DEADLINES**
AND ORDER

---

**PLAINTIFF'S POLICE EXPERT DISCLOSURES**

**WHEREAS**, on January 16, 2002 the court ordered that Plaintiff's expert disclosures shall be made on or before June 1, 2002 and the Defendant's disclosures shall be made on or before August 1, 2002;

**WHEREAS**, Defendant's expert disclosures were made on or before August 1, 2002 and Plaintiff's counsel has represented that he has retained experts but missed the deadline for disclosure;

**WHEREAS**, Plaintiff wishes to provide **police** expert disclosures and Defendant's counsel generally objects to such police expert due to the timeliness and prejudice of such disclosures but will withdraw such objections to disclosure of a **police** expert subject to the conditions set forth herein;

**WHEREAS**, Plaintiff's counsel has agreed he will not disclose any of the expert disclosures made by Defendant Hall to Plaintiff's expert in preparing his opinions; and

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**WHEREAS**, Plaintiff also agrees that Defendant Hall may revise his current Rule 26 Expert Disclosures within 30 days of receipt of Plaintiff's **police** expert disclosures;

**WHEREAS**, following receipt of Plaintiff's expert reports, Defendant's counsel wishes to have an opportunity to determine whether he intends to bring a summary judgment motion in this case and the parties agree that Defendant's counsel shall have until **December 30, 2002** in which to serve, file and fully brief any dispositive motions in this matter and that Defendant's counsel shall have 30 days following receipt of Plaintiff's expert disclosures to conduct any discovery that defense counsel deems necessary as a result of the **police** expert disclosures.

**THEREFORE**, the parties stipulate that the Pretrial Scheduling Order dated January 16, 2002 be amended as follows:

1. Plaintiff shall have until **October 30, 2002** to disclose and provide a written report of a **police** expert and the report shall contain the following:

   a. The qualifications of the witness, including a list of all publications authored by the witness within the preceding 10 years;

   b. The compensation to be paid for the study and testimony;

   c. A listing of any other cases in which the witness have testified as an expert at trial or by deposition within the preceding four years;

   d. A complete statement of all opinions to be expressed and the basis and reasons therefor;

   e. The data or other information considered by the witness in forming their opinions; and

   f. Any exhibits to be used as a summary of or support for the opinions.

2. That Defendant shall have until **November 30, 2002** to revise or supplement his current Rule 26 disclosures.

3. That Defendant shall have until **November 30, 2002** to conduct any additional discovery following receipt of Plaintiff's **police** expert report.

4. That Plaintiff, his counsel or anyone on his behalf shall not disclose in any manner, either in writing or orally, any of the information contained in the Rule 26 expert reports that have already been served upon Plaintiff by Defendant Hall to any of Plaintiff's experts before **November 1, 2002**.

5. All dispositive motions shall be served, filed and fully brief prior to **December 30, 2002**.

**PLAINTIFF'S NON-POLICE EXPERT DISCLOSURES**

**WHEREAS**, Plaintiff has recently also requested to extend the expert deadlines so that Plaintiff may retain an economic expert; and whereas due to issues of timeliness and prejudice, the Defendant has opposed the extension of the deadlines for any other experts in this matter;

**WHEREAS**, in the event that the court grants Plaintiff an opportunity to provide additional expert disclosures, that Defendant requests he be permitted an additional 60 days, as permitted by the original Scheduling Order in this matter, to respond to and make its own expert disclosures.

**THEREFORE**, Plaintiff requests that the court amend the Pretrial Scheduling Order in regard to such other experts as follows:

1. Plaintiff shall have until **October 30, 2002** to disclose and provide written reports of experts and the reports shall contain the following:

a. The qualifications of the witnesses, including a list of all publications authored by the witnesses within the preceding 10 years;

b. The compensation to be paid for the study and testimony;

c. A listing of any other cases in which the witnesses have testified as an expert at trial or by deposition within the preceding four years;

d. A complete statement of all opinions to be expressed and the basis and reasons therefor;

e. The data or other information considered by the witnesses in forming their opinions; and

f. Any exhibits to be used as a summary of or support for the opinions.

2. That Defendant shall have until **December 30, 2002** to revise or supplement his current Rule 26 disclosures.

3. That Defendant shall have until **December 30, 2002** to conduct any additional discovery following receipt of Plaintiff's expert report.

4. That Plaintiff, his counsel or anyone on his behalf shall not disclose in any manner, either in writing or orally, any of the information contained in the Rule 26 expert reports that have already been served upon Plaintiff by Defendant Hall to any of Plaintiff's experts before **November 1, 2002**.

5. All dispositive motions shall be served, filed and fully brief prior to **December 30, 2002**.

Dated: 10-10-02

By ______________________
**PAUL APPLEBAUM** (A.R. #223098)
Attorney for Plaintiff
46 E. Fourth Street
St. Paul, MN 55101
651-222-2999

**JARDINE, LOGAN & O'BRIEN, PLLP**

Dated: 10/9/02

By ______________________
**JOSEPH E. FLYNN** (A.R. #165712)
Attorney for Defendant Hall
8519 Eagle Point Boulevard, Suite 100
Lake Elmo, MN 55042
651-290-6500

10/16/02

So ordered